IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RON GIBSON; LORI GIBSON, fka
Lori A. Reed; SHON GIBSON,

       1:13-cv-01819-CL

    Plaintiffs,

    v.                            **ORDER**

PNC BANK NATIONAL ASSOCIATION,
successor in interest by
acquisition and merger of First
Franklin, a Division of National
City Bank of Indiana; UBS REAL
ESTATE SECURITIES, INC.; U.S.
BANK NATIONAL ASSOCIATION, as
Trustee for the Holders of
First Franklin Mortgage Loan
Trust, Mortgage Loan Asset-
Backed Certificates, Series
2005-FF7; BANK OF AMERICA, N.A.,
As Successor in Interest to
Countrywide Home Loan Servicing,
LP and BAC Home Loans Servicing,
LP; RECONTRUST COMPANY, N.A.,

    Defendants.

1 - ORDER

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#21), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiffs filed objections (#23) and Defendants have responded to those objections (#26) and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I agree that Plaintiffs lack standing and I find no error. Accordingly, I ADOPT the Report and Recommendation (#21). This action is DISMISSED with prejudice based on Plaintiffs' lack of standing.

IT IS SO ORDERED.

DATED this 2 day of April, 2014.

/s/ Owen M. Panner
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER